FILED

06/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0487

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0487

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

O R D E R

RAYMOND VANDENBOS,

     Defendant and Appellant.

_____

Counsel for Appellant has filed a motion for an extension of time to file the opening brief in the referenced matter.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until July 15, 2020, within which to file the opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2020